

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-24-00242-CR

**IN RE** Hector **LANDAVERDE REYES**, Relator

Original Proceeding[1]

### ORDER

On April 2, 2024, Relator, Hector Landaverde Reyes, filed a petition for writ of mandamus, complaining of the trial court's March 7, 2024, order. Landaverde Reyes also filed a motion to stay the underlying proceedings, which we granted on April 12, 2024.

After considering the petition and the record, the court concludes Landaverde Reyes is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus.

The stay issued on April 12, 2024, is **LIFTED**.

It is so **ORDERED** on March 12, 2025.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 34327CR, styled *The State of Texas v. Hector Landaverde Reyes*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.